USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ESTEVEZ,

               Plaintiff,

-against-

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, ET AL.,

               Defendants.

1:19-cv-05337 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 6, 2019
      New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**